| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 16 A 11: 23   RECEIVED   FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Realty USA - Independent Contractor - commissions |
| 2. 2006 | Southern Living - Independent Contractor - commissions |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA #1) | D | Dividend | L | T | | | | | See note Part VIII |
| 2. ---Oppenheimer Internatl Bond Fd Cl A | | | | | | | | | |
| 3. ---Scudder High Return Fd Cl A | | | | | | | | | |
| 4. ---Dreyfus Premier Intl Vlaue Cl A | | | | | | | | | |
| 5. ---Lord Abbett Research Sm cap Cl A | | | | | | | | | |
| 6. ---Oppenheimer Developing Mkts Cl A | | | | | | | | | |
| 7. ---Thornburg International Value Fund A | | | | | | | | | |
| 8. ---Vankampen Comstock Fund Cl A | | | | | | | | | |
| 9. ---Cohen & Steers Special Equity Fund | | | | | | | | | |
| 10. ---Matthews Asian Funds Japan Funds | | | | | | | | | |
| 11. ---Aim Energy Fd Cl A | | | | | | | | | |
| 12. ---Gartmore Global Natural Resources Fd Cl A | | | | | | | | | |
| 13. ---Oppenheimer Gold & Special Metals Fund | | | | | | | | | |
| 14. ---Alger Health Sciences A | | | | | | | | | |
| 15. ---Blackrock Nat Resource I | | | | | Buy | 10-04 | J | | |
| 16. Merrill Lynch (IRA #2) | D | Dividend | N | T | | | | | |
| 17. ---Oppenheimer Internatl Bond Fd Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Scudder High Return Fd Cl A | | | | | | | | | |
| 19. ---Dreyfus Premier Intl Vlaue Cl A | | | | | | | | | |
| 20. ---Lord Abbett Research Sm cap Cl A | | | | | | | | | |
| 21. ---Oppenheimer Developing Mkts Cl A | | | | | | | | | |
| 22. ---Thornburg International Value Fund A | | | | | | | | | |
| 23. ---Vankampen Comstock Fund Cl A | | | | | | | | | |
| 24. ---Cohen & Steers Special Equity Fund | | | | | | | | | |
| 25. ---Matthews Asian Funds Japan Funds | | | | | | | | | |
| 26. ---Aim Energy Fd Cl A | | | | | | | | | |
| 27. ---Gartmore Global Natural Resources Fd Cl A | | | | | | | | | |
| 28. ---Oppenheimer Gold & Special Metals Fund | | | | | | | | | See note Part VIII |
| 29. ---Alger Health Sciences A | | | | | | | | | |
| 30. ---Blackrock Nat Resource I | | | | | Buy | 10-04 | J | | |
| 31. New York College Tuition Savings (529) | A | Dividend | J | T | Buy | 1-1 | J | | See note in Part VIII |
| 32. American Express IRA | A | Dividend | | | Roll Over | 2-10 | N | | See note in Part VIII |
| 33. Merrill Lynch (IRA # 3) | E | Dividend | M | T | Roll Over | 2-16 | M | | See note in Part VIII |
| 34. ---Peabody Common Stock | | | | | Buy | 2-23 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy | 12-20 | J | | |
| 36. ---Boeing Common Stock | | | | | Buy | 2-27 | J | | |
| 37. ---Caterpillar Common Stock | | | | | Buy | 2-27 | J | | |
| 38. ---Ingersoll Rand Common Stock | | | | | Buy | 2-27 | J | | |
| 39. | | | | | Total Sale | 12-8 | J | A | |
| 40. ---Valero Energy Common Stock | | | | | Buy | 2-27 | J | | |
| 41. | | | | | Buy | 9-14 | J | | |
| 42. ---Celgene Common Stock | | | | | Buy | 2-28 | J | | |
| 43. ---Sandisk Common Stock | | | | | Buy | 2-28 | J | | |
| 44. | | | | | Total Sale | 5-17 | J | A | |
| 45. ---NYSE Group Common Stock | | | | | Buy | 3-8 | J | | |
| 46. ---China Life Ins Co Sp ADR Common Stock | | | | | Buy | 5-18 | J | | |
| 47. | | | | | Total Sale | 9-14 | J | B | |
| 48. ---China Nat Res Inc Common Stock | | | | | Buy | 5-18 | J | | |
| 49. | | | | | Total Sale | 12-11 | J | A | |
| 50. ---Ultra Petroleum Corp Common Stock | | | | | Buy | 9-14 | J | | |
| 51. | | | | | Buy | 9-18 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Partial Sale | 12-13 | J | A | |
| 53. ---McDermott Intl Inc Common Stock | | | | | Buy | 9-14 | J | | |
| 54. ---Fuel Tech NV Common Stock | | | | | Buy | 9-18 | J | | |
| 55. ---Aegean Marine Petroleum Netwk Inc Common Stock | | | | | Buy | 12-8 | J | | |
| 56. | | | | | Buy | 12-21 | K | | |
| 57. ---Guidance Software Inc Common Stock | | | | | Buy | 12-13 | J | | |
| 58. Merrill Lynch (IRA # 4) | E | Dividend | N | T | Roll Over | 2-16 | N | | See note in Part VIII |
| 59. ---Matthews Asian Funds Pacific Tigers Fd | | | | | Buy | 2-16 | K | | |
| 60. ---AXA Enterprise Mergers & Acquisitions Cl A | | | | | Buy | 2-16 | J | | |
| 61. ---Alger Health Sciences A | | | | | Buy | 2-16 | J | | |
| 62. ---Gartmore Small Cap Fund Cl A | | | | | Buy | 2-16 | K | | |
| 63. ---Baron Partners Fund NLD | | | | | Buy | 2-16 | K | | |
| 64. ---Gartmore Global Natural Resources Fund Cl A | | | | | Buy | 2-16 | K | | |
| 65. ---Blackrock All Cap Global Resources Portfolio Cl I | | | | | Buy | 2-16 | K | | |
| 66. ---ML Latin America Fd Cl I | | | | | Buy | 2-16 | K | | |
| 67. ---Oppenheimer Internatl Bond Fd Cl A | | | | | Buy | 2-16 | J | | |
| 68. ---Oppenheimer Developing Markets Fd Cl | | | | | Buy | 2-16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| A | | | | | | | | | |
| 69. | | | | | Partial Sale | 7-11 | J | A | |
| 70. | | | | | Partial Sale | 10-10 | J | A | |
| 71. ---Loomis Sayles Bond Fd Instl Cl | | | | | Buy | 2-16 | J | | |
| 72. ---Hartford Capital Appreciation Cl A | | | | | Buy | 2-16 | K | | |
| 73. ---Columbia Marsico Focused Equity Cl A | | | | | Buy | 2-16 | K | | |
| 74. ---Thornburg International Value Fd I | | | | | Buy | 2-16 | K | | |
| 75. ---American Cap Inc BLDR FD SBI Cl A | | | | | Buy | 2-16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. VII, Line 1, Merrill Lynch (IRA#1): Last year's report at VII, Page 2, Line 3 listed a "buy of ML Natural Resources Trust Cl I" on September 22, 2005. The report should then have shown a total sale on September 28, 2005, a value code of "J" and a gain code of "A." The asset was totally disposed of during the last filing year, and does not appear on this year's report.

2. VII, Line 28, Merrill Lynch (IRA#2): Oppenheimer Gold & Special Metals Fund is listed on this year's form, but was inadvertently not listed on last year's form. There is no transactional data because it was included in the initial assets created by IRA #2.

3. VII, Line 31, New York College Tuition Savings (529): The computerized software would not permit me to make a multiple entry in the date of transaction block, and twelve separate entries seemed ludicrous to me. There is an automatic monthly deposit (buy) in this account on the 1st of each month.

4. VII, Line 32, American Express IRA, VII, Line 33, Merrill Lynch (IRA #3), and VII, Line 58, Merrill Lynch (IRA #4): The American Express account was rolloed over as indicated, and the total value was divided to create two separate new Merrill Lynch IRA's which are now designated as "Merrill Lynch (IRA#3)" and "Merrill Lynch (IRA#4).

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date___5-10-07___

NOTE: ANY [  ] FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN[  ]ANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544